**John VAN BUSKIRK v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit.
October 15, 1926.)

No. 4774.

In Error to the District Court of the United States for the Northern District of Ohio.

L. A. Tucker and Orgill, Maschke & Wickham, all of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**2**

**Joe VINT, Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Fourth Circuit.
November 16, 1926.)

No. 2539.

In Error to the District Court of the United States for the Southern District of West Virginia, at Charleston; George W. McClintic, Judge.

A. M. Belcher, of Charleston, W. Va., and Frank Hill, of Marlinton, W. Va., for plaintiff in error.

Elliott Northcott, U. S. Atty., of Huntington, W. Va. (B. J Pettigrew, Asst. U. S. Atty., of Charleston, W. Va., on the brief), for the United States.

Before WADDILL, ROSE, and PARKER, Circuit Judges.

PER CURIAM. This is a prosecution for violation of section 3 of title 2 of the National Prohibition Act (Comp. St. § 10138½aa), in that the defendant had in his possession intoxicating liquors contrary to law, and for having been previously convicted on two separate occasions of similar offenses. We have given careful consideration to the assignments of error alleged, and find the action of the District Court free from objection, and the same is accordingly affirmed.

Affirmed.

---

**3**

**John WARWINSKI et al. v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit.
June 8, 1926.)

No. 4670.

In Error to the District Court of the United States for the Eastern District of Michigan.

Leonard S. Coyne, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed upon motion of counsel for the defendant in error.

---

**4**

**In the Matter of William H. WAY, trading as John Wakeman & Company, Bankrupt; Hettie E. Way, Appellant.**

(Circuit Court of Appeals, Second Circuit.
November 19, 1926.)

No. 113.

Appeal from the District Court of the United States for the Southern District of New York.

Dills & Towsley, of New York City (Frank H. Towsley, of New York City, of counsel), for appellant.

Budd & Coffey, of New York City (Bern Budd, of New York City, of counsel), for appellee.

Before MANTON and MACK, Circuit Judges, and AUGUSTUS N. HAND, District Judge.

PER CURIAM. Order reversed in open court.